**FILED**

JAN 20 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal No. 3:19-mj-3019-DGW |
| | ) |
| DEMETRIUS O. WARD, | ) Title 18, United States Code, Section |
| | ) 922(g)(1) |
| | ) |
| | ) |
| Defendants | |

## CRIMINAL COMPLAINT

I, Daniel D. Cook, the undersigned complaint being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### FELON IN POSSESSION OF A FIREARM

On or about January 19, 2019, in St. Clair County, Illinois, within the Southern District Illinois,

### DEMETRIUS O. WARD,

defendant herein, having previously been convicted of a felony punishable by imprisonment for a term exceeding one year, namely: Armed Robbery/Armed W/Firearm in St. Clair County, in case number 05CF101, did knowingly possess, in or affecting commerce, one firearm, to wit: one Taurus 9mm semi-automatic handgun, bearing serial number TAO38261, in violation of Title 18, United States Code, Section 922(g)(1).

## AFFIDAVIT

Your affiant, Daniel D. Cook, after being duly sworn, does hereby state that he is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and has been so employed for nine years, and as such, is vested with the authority to investigate violations of Federal laws, including Titles 18 and 21 of the United States Code. Your affiant also has six years prior Federal law enforcement experience as a United States Postal Inspector and six years prior state law enforcement experience as a municipal Police Officer for the City of Lincoln, Nebraska. Your affiant is currently assigned to the Springfield Division of the FBI, Fairview Heights, Illinois Resident Agency and has primary investigative responsibilities for violent and drug crimes occurring in the Southern District of Illinois.

The statements contained in this affidavit are based on the investigation of your affiant, as well as information derived from reports and interviews of the law enforcement officers and witnesses named herein. In support of this Complaint, your affiant states as follows:

1) On January 19, 2019, at approximately midnight, a St. Clair County Deputy Sheriff attempted to stop a Silver Chevrolet Monte Carlo near 27th and Missouri Avenue in East St. Louis, Illinois for a traffic violation. The St. Clair County Sheriff Deputy activated the emergency lights on the marked patrol car to initiate the traffic stop. The Silver Chevrolet Monte Carlo failed to stop for the St. Clair County Sheriff Deputy and a vehicle pursuit ensued.

2) The pursuit ended when the Silver Chevrolet Monte Carlo stopped near 18th and Ridge Avenue in East St. Louis, Illinois after crashing into a pole. The St. Clair County Sheriff Deputy ordered the lone occupant to get out of the Silver Chevrolet Monte Carlo. The occupant of the Silver Chevrolet Monte Carlo got out of the driver's side door. The St. Clair County Deputy Sheriff ordered the occupant of the motor vehicle to show him his hands. The occupant of the

Silver Chevrolet Monte Carlo began to run away from the motor vehicle away from the St. Clair County Sheriff Deputy. As the occupant of the Silver Chevrolet Monte Carlo began to ran away, the St. Clair County Deputy observed the occupant of the Silver Chevrolet Monte Carlo appear to drop something on the ground and then reach down to pick-up what he dropped. Believing the occupant of the Silver Chevrolet Monte Carlo dropped and was reaching to pick-up a handgun, the St. Clair County Sheriff Deputy fired multiple rounds from his assigned service weapon. One of the rounds struck the occupant of the Silver Chevrolet Monte Carlo in his chest causing injuries. The occupant of the Silver Chevrolet Monte Carlo was taken into custody by law enforcement officers.

3) The occupant of the Silver Chevrolet Monte Carlo was fully identified as Demetrius O. Ward, a black male with a date of birth of 11/06/19XX.

4) Found on the ground near where Ward was taken into custody, was a loaded Taurus 9mm semi-automatic handgun bearing serial number TAO38261.

5) Ward was transported to a hospital for his injuries. At the hospital, a law enforcement officer with the Illinois State Police interviewed Ward. Prior to conducting the interview, Ward was advised of his <u>Miranda</u> rights using a MIRANDA RIGHTS FORM. Ward signed the MIRANDA RIGHTS FORM and agreed to speak to the law enforcement officer.

6) Ward stated that he fled from the St. Clair County Sheriff Deputy and struck a pole. Ward said he heard the St. Clair County Sheriff Deputy command him to exit his car which he did. After getting out of his car, Ward admitted to attempting to run away from the St. Clair County Sheriff Deputy. Ward said as he began to run away, a handgun fell out of his waist band. Ward attempted to pick-up the handgun that fell out of his waist band and was then shot by the St. Clair

County Sheriff Deputy. Ward admitted that he knew he was not supposed to be in possession of a firearm.

7) On March 28, 2005, Ward was found guilty of Armed Robbery with a Firearm in St. Clair County, Illinois within the Southern District of Illinois in case number 05CF101. Ward was sentenced to 6 year(s) imprisonment in the Illinois Department of Corrections (IDOC) for this felony conviction.

8) The Taurus 9mm semi-automatic handgun, bearing serial number TAO38261 traveled in interstate commerce prior to Ward's possession of the firearm on January 19, 2019.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DANIEL D. COOK
Special Agent, Federal Bureau of Investigation

State of Illinois      )
                       )  SS.
County of St. Clair    )

    Sworn to before me and subscribed in my presence on the 20th day of January 2019, at East St. Louis, Illinois.

DONALD G. WILKERSON
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

ALI SUMMERS
Assistant United States Attorney

5